IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:00-CR-103-2H
NO. 5:11-CV-289-H

TIMOTHY SHAWN ROBERTSON,

    Petitioner,

v.                                  ORDER

UNITED STATES OF AMERICA,

    Respondent.

This matter is before the court on the government's motion to dismiss petitioner's § 2255 petition. In its motion, the government argues that petitioner's § 2255 petition is untimely. In light of this court's orders of November 11, 2011 and November 17, 2011 in <u>Farrior v. United States</u>, Case No. 5:03-CR-356-H [DE #40 and #44], the court hereby orders the government to supplement its memorandum in support of its motion to dismiss or make other appropriate filings within 30 days of the date of this order. Petitioner shall then have 30 days to respond to the government's filing.

This 8th day of May 2012.

                                        Malcolm J. Howard
                                        Senior United States District Judge

At Greenville, NC
#26